Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-454

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 28, 2024

---

## Title

**Title of Work:** She Dances In Beauty 1

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** August 12, 2010
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario  L4K 5Y7 Canada

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-791

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Blue Note II

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** November 06, 2007
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
**Pseudonym:** Anna Razumovskaya
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario L4K 5Y7 Canada

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-767

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** Harmony II

## Completion/Publication
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2007
**Date of 1st Publication:** December 18, 2007
**Nation of 1st Publication:** Canada

## Author
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions
━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario  L4K 5Y7 Canada

## Certification
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-765

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Love Story 2

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** September 01, 2009
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario  L4K 5Y7 Canada

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-395-785**

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Bluebird

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 25, 2020
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario L4K 5Y7 Canada

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-786

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Blue Flamenco

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** August 12, 2010
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario  L4K 5Y7 Canada

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-763

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

## Title

**Title of Work:** Love Story 3

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** April 22, 2014
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario,
L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario  L4K 5Y7 Canada

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-452

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 28, 2024

---

## Title
 

**Title of Work:** Rare flower 2

## Completion/Publication
 

**Year of Completion:** 2018
**Date of 1st Publication:** January 15, 2018
**Nation of 1st Publication:** Canada

## Author
 

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant
 

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions
 

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario  L4K 5Y7 Canada

## Certification
 



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-789

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Aurora in Red

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** February 03, 2012
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario,
L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario  L4K 5Y7 Canada

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-690

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 29, 2024

---

## Title

**Title of Work:** She Dances In Beauty 3

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** August 12, 2010
**Nation of 1st Publication:** Canada

## Author

- **Author:** Anna Jdanova
  **Pseudonym:** Anna Razumovskaya
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario,
L4K 5Y7, Canada

## Rights and Permissions

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario  L4K 5Y7 Canada

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-768

**Effective Date of Registration:**
March 14, 2024
**Registration Decision Date:**
May 30, 2024

## Title _____

**Title of Work:** Dancing With A Violin 2

## Completion/Publication _____

**Year of Completion:** 2008
**Date of 1st Publication:** September 07, 2008
**Nation of 1ˢᵗ Publication:** Canada

## Author _____

- **Author:** Anna Jdanova
**Pseudonym:** Anna Razumovskaya
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant _____

**Copyright Claimant:** Anna Jdanova
Anna Art Publishing Inc., 399 Four Valley Drive, Unit 12, Concord, Ontario, L4K 5Y7, Canada

## Rights and Permissions _____

**Name:** Anna Jdanova
**Email:** info@anna-art.com
**Address:** Anna Art Publishing Inc., 399 Four Valley Drive
Unit 12, Concord
Ontario  L4K 5Y7 Canada

## Certification _____

